Thomas W. Ostrander (admitted *pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:	215.979.1802
Fax:	215.689.3639
E-mail:	ostrander@duanemorris.com

George D. Niespolo (SBN 72107)
Brendan Ruddy (SBN 297896)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: 415 957 3000
Fax:	415 957 3001
E-mail:	gdniespolo@duanemorris.com
	bpruddy@duanemorris.com

Attorneys for Petitioner
MAXCREST LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXCREST LIMITED,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No. 15-MC-80270-JST<br><br>**STIPULATION, SUPPORTING DECLARATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE FOR PETITIONER'S MOTION FOR STAY PENDING APPEAL**<br><br>Current Date:　October 18, 2016<br>New Date:　November 3, 2016<br>Time:　2:00 p.m.<br>Courtroom:　9, 19th Floor<br>Judge:　Jon S. Tigar<br><br>Petition Filed:　November 13, 2015 |

DM1\7196397.1

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE
FOR PETITIONER'S MOTION FOR STAY PENDING APPEAL

1  Pursuant to Civil Local Rule 6-2, Respondent United States of America ("United States"),
2  and Petitioner Maxcrest Limited ("Maxcrest") (collectively "the Parties"), by their respective
3  attorneys of record, stipulate as follows:
4  **WHEREAS**, Maxcrest filed and served its Motion for Stay Pending Appeal on September 6,
5  2016 ("the Motion") (ECF No. 52),
6  **WHEREAS**, the Court scheduled the hearing on the Motion for Tuesday, October 18, 2016,
7  (ECF No. 53);
8  **WHEREAS**, counsel for the United States requests that the hearing on the Motion be
9  continued until November 3, 2016; and,
10  **WHEREAS**, the United States has agreed that it will not seek to collect any information
11  covered by the IRS Summons at issue in this action while the Motion remains pending;
12  **IT IS HEREBY STIPULATED,** by and between the United States and Maxcrest, through
13  their respective counsel of record, that:
14  a)  The hearing on Maxcrest's Motion for Stay Pending Appeal will be continued and
15  held on Thursday, November 3, 2016, at 2:00 p.m. in Courtroom 9, 19th Floor, San Francisco
16  Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102;
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

| | |
|---|---|
| Dated: September 9, 2016 | **DUANE MORRIS LLP** |
| | By: */s/ Brendan Ruddy* |
| | Thomas W. Ostrander (admitted *pro hac vice*) |
| | **DUANE MORRIS LLP** |
| | 30 South 17th Street |
| | Philadelphia, PA 19103-4196 |
| | Telephone:     215.979.1802 |
| | Fax:                215.689.3639 |
| | E-mail:           ostrander@duanemorris.com |
| | |
| | George D. Niespolo (SBN 72107) |
| | Brendan Ruddy (SBN 297896) |
| | **DUANE MORRIS LLP** |
| | Spear Tower |
| | One Market Plaza, Suite 2200 |
| | San Francisco, CA  94105-1127 |
| | Telephone: 415 957 3000 |
| | Fax:            415 957 3001 |
| | E-mail:       gdniespolo@duanemorris.com |
| |                 bpruddy@duanemorris.com |
| | |
| | Attorneys for Petitioner |
| | MAXCREST LIMITED |
| | |
| Dated: September 9, 2016 | **CAROLINE D. CIRAOLO** |
| | Principal Deputy Assistant Attorney General |
| | |
| | By: */s/ Amy Matchison* |
| | AMY MATCHISON (CA State Bar No. 217022) |
| | Trial Attorney, Tax Division |
| | United States Department of Justice |
| | P.O. Box 683, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 307-6422 |
| | Email: Amy.T.Matchison@usdoj.gov |
| | Western.Taxcivil@usdoj.gov |
| | |
| | Attorney for Respondent |
| | THE UNITED STATES OF AMERICA |

**DECLARATION OF BRENDAN RUDDY IN SUPPORT OF STIPULATION**

I, Brendan Ruddy, declare as follows:

1. I am an associate at the law firm Duane Morris LLP, attorneys of record for Plaintiff Maxcrest Limited. I make this declaration in support of the Stipulated Request for an Order Continuing the Hearing date for Petitioner's Motion for Stay Pending Appeal ("Motion", ECF No. 52) from October 18, 2016 to November 3, 2016.

2. Petitioner's Motion was filed on September 6, 2016, and noticed for hearing on October 12, 2016. (ECF No. 52).

3. On September 7, 2016, the clerk of the court rescheduled the hearing on the Motion for October 18, 2016. (ECF No. 53).

4. On September 7, 2016, I received an email from Amy T. Matchison, Esq., counsel for the United States, requesting to continue the hearing on the Motion to November 3, 2016, due to previously scheduled international travel.

5. On September 8, 2016, I received a second email from Ms. Matchison confirming that the United States will not seek to collect any information while the Motion is pending.

6. Petitioner Maxcrest has no objection to and agrees to continuing the hearing on the Motion until November 3, 2016, given the United States' representation that it will not seek to collect any information while the Motion is pending.

7. This is the first request to continue the hearing on the Motion, and there has only been one prior extension in this action, which was to a prior motion, jointly requested by stipulation. (ECF No. 18).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of September 2016.

                                                */s/ Brendan Ruddy*
                                                Brendan Ruddy

**ORDER**

Based on the Stipulation of the Parties, and Good Cause appearing therefore, IT IS HEREBY ORDERED:

1. That the hearing on Maxcrest Limited's Motion for Stay Pending Appeal (ECF No. 52) will be held on Thursday, November 3, 2016, at 2:00 p.m. in Courtroom 9, 19th Floor, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated:  September 12, 2016

JON S. TIGAR
United States District Judge

**ATTESTATION CLAUSE**

I, Brendan Ruddy, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE FOR PETITIONER'S MOTION FOR STAY PENDING APPEAL. In compliance with Civil L.R. 5-1(i), I hereby attest that Amy Matchison, Trial Attorney, Tax Division, United States Department of Justice, concurred in this filing.

DATED: September 9, 2016                DUANE MORRIS, LLP


                                        By: _____*/s/ Brendan Ruddy*_____
                                              Brendan Ruddy